No. 10248. Application of **LARRY ALLAMARAS**, a Child under the Age of Eighteen Years, for a Writ of Habeas Corpus.
Decided April 26, 1961.

361 P.2d 342.

PER CURIAM.

In view of the disposition ordered under the Opinion of this Court on the appeal in In Matter of Allamaras, a Child under Eighteen Years of Age, 139 Mont. 130, 361 P.2d 340, the issues presented by the petition for writ of habeas corpus filed herein have become moot.

Now, therefore, it is hereby ordered that this proceeding be dismissed.